UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: MILLER, JOHN ANDREW<br>MILLER, SHEILA LOUISE | § Case No. 13-84027<br>§<br>§ |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 02/02/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated:  12/24/2014     By:  /s/MEGAN G. HEEG
                                                                                                              Trustee

MEGAN G. HEEG

P.O. Box 447  
Dixon, IL  61021  
(815) 288-4949  
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: MILLER, JOHN ANDREW         § | Case No. 13-84027 |
| MILLER, SHEILA LOUISE         § | |
| § | |
| Debtor(s)         § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $   10,900.00 |
| and approved disbursements of | $   26.18 |
| leaving a balance on hand of [1] | $   10,873.82 |
| **Balance on hand:** | $   10,873.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   10,873.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,840.00 | 0.00 | 1,840.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 106.49 | 0.00 | 106.49 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $   4,446.49 |
| Remaining balance: | $   6,427.33 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: $     0.00
    Remaining balance: $     6,427.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims: $     0.00
    Remaining balance: $     6,427.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,537.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (General Electric Capital) | 1,273.72 | 0.00 | 79.07 |
| 2 | Atlas Acquisitions LLC (CitiFinancial, Inc.) | 6,442.53 | 0.00 | 399.93 |
| 3 | Atlas Acquisitions LLC (Washington Mutual Bank, ) | 4,762.16 | 0.00 | 295.62 |
| 4 | Atlas Acquisitions LLC (Wells Fargo Bank, N.A.) | 355.34 | 0.00 | 22.06 |
| 5 | Quantum3 Group LLC as agent for | 32,715.52 | 0.00 | 2,030.88 |
| 6 | Nelnet | 13,722.76 | 0.00 | 851.87 |
| 7 | Sauk Valley Bank & Trust | 44,265.95 | 0.00 | 2,747.90 |

    Total to be paid for timely general unsecured claims: $     6,427.33
    Remaining balance: $     0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-84027-TML
John Andrew Miller                                                        Chapter 7
Sheila Louise Miller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ldixon              Page 1 of 2              Date Rcvd: Dec 29, 2014
                              Form ID: pdf006           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2014.
```
db         +John Andrew Miller,   406 North Madison Street,   Morrison, IL 61270-2834
jdb        +Sheila Louise Miller,   1003 Oak Ave,   Sterling, IL 61081-1865
21281464    Advantage One,   204 N Jackson St,   Morrison, IL 61270-3039
21281465   +Allied Interstate,   3000 Corporate Exchange Dr,   Columbus, OH 43231-7684
21281467    Asset Management Professional. LLC,   PO Box 2824,   Woodstock, GA 30188-1386
21281468    Asset Recover Solutions, LLC,   2200 E Devon Ave Ste 200,   Des Plaines, IL 60018-4501
22220862   +Atlas Acquisitions LLC  (CitiFinancial, Inc.),   294 Union St.,   Hackensack, NJ 07601-4303
22220861   +Atlas Acquisitions LLC  (General Electric Capital),   294 Union St.,
             Hackensack, NJ 07601-4303
22220863   +Atlas Acquisitions LLC  (Washington Mutual Bank, ),   294 Union St.,
             Hackensack, NJ 07601-4303
22220865   +Atlas Acquisitions LLC  (Wells Fargo Bank, N.A.),   294 Union St.,   Hackensack, NJ 07601-4303
21281470    Bridgeview Community Mental Health Cente,   638 S Bluff Blvd,   Clinton, IA 52732-4742
21281471    Cci,   PO Box 212609,   Augusta, GA 30917-2609
21281473    Frontline Asset,   1935 West County Road B 2,   Saint Paul, MN 55113-2797
21281475    LA Lorenzo, MD,   PO Box 49009,   Greenwood, SC 29649-0001
21281463   +Law Office of Elwin L Neal,   105 W 3rd St,   Sterling, IL 61081-3504
21281476    Lhr Inc,   1 Main St,   Hamburg, NY 14075-4930
21281479   ++MEDIACOM COMMUNICATIONS CORPORATION,   ATTN ERIK MIRROW,   100 CRYSTAL RUN ROAD,
             MIDDLETOWN NY 10941-4041
             (address filed with court: Mediacom,    PO Box 5744,   Carol Stream, IL 60197-5744)
21281478    Mecklenburg Radiology Associates,   PO Box 221249,   Charlotte, NC 28222-1249
21281461   +Miller John Andrew,   406 North Madison Street,   Morrison, IL 61270-2834
21281462    Miller Sheila Louise,   1003 Oak Ave,   Sterling, IL 61081-1865
21281482    Protocol,   509 Mercer Ave,   Panama City, FL 32401-2631
21281483    Rockford Mercantile,   2502 S Alpine Rd,   Rockford, IL 61108-7813
21281484    Sauk Valley Bank,   201 W 3rd St,   Sterling, IL 61081-3506
22545137   +Sauk Valley Bank & Trust,   Attn: Mary Zemke,   201 E. 3rd Street,   Sterling, IL 61081-3611
21281485    Texas Guar Student Loa,   1609 Centre Creek Dr,   Austin, TX 78754-5114
21281486    Turnroth Sign Company,   1207 E Route 30,   Rock Falls, IL 61071-3115
21281487    Van Ru Credit Corp.,   11069 Strang Line Rd Bldg 3,   Lenexa, KS 66215-2181
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21281466        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 30 2014 00:17:28    Asset Acceptance Llc,
                 PO Box 1630,   Warren, MI 48090-1630
21359349       +E-mail/Text: bnc@atlasacq.com Dec 30 2014 00:17:01    Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
21281472        E-mail/Text: data_processing@fin-rec.com Dec 30 2014 00:17:14    Financial Recovery Services,
                 PO Box 385908,   Minneapolis, MN 55438-5908
21281474        E-mail/Text: ally@ebn.phinsolutions.com Dec 30 2014 00:16:53    G M A C,
                 3500 W 80th St Ste 300,   Bloomington, MN 55431-4442
21281477        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 30 2014 00:20:15    Lvnv Funding Llc,
                 PO Box 10497,   Greenville, SC 29603-0497
21281480        E-mail/Text: bankruptcydpt@mcmcg.com Dec 30 2014 00:17:33    Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
22252032       +E-mail/Text: electronicbkydocs@nelnet.net Dec 30 2014 00:17:40    Nelnet,
                 3015 South Parker Road Suite 400,   Aurora CO 80014-2904
21281481       +E-mail/Text: electronicbkydocs@nelnet.net Dec 30 2014 00:17:40    Nelnet Loans,
                 6420 Southpoint Pkwy,   Jacksonville, FL 32216-0946
22249077        E-mail/Text: bnc-quantum@quantum3group.com Dec 30 2014 00:17:23
                 Quantum3 Group LLC as agent for,   Worldwide Asset Purchasing II LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21281469      ##+Baker And Miller,   29 N Wacker Dr Ste 500,   Chicago, IL 60606-3227
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: ldixon              Page 2 of 2         Date Rcvd: Dec 29, 2014
                              Form ID: pdf006           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 24, 2014 at the address(es) listed below:
              Elwin L Neal     on behalf of Joint Debtor Sheila Louise Miller elwinneal@comcast.net
              Elwin L Neal     on behalf of Debtor John Andrew Miller elwinneal@comcast.net
              Megan G Heeg     heeg@egblc.com,  IL55@ecfcbis.com
              Megan G Heeg     on behalf of Trustee Megan G Heeg heeg@egblc.com,  IL55@ecfcbis.com
              Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
                                                                                         TOTAL: 5
```