# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: MILLER, JOHN ANDREW | § | Case No. 13-84027 |
| MILLER, SHEILA LOUISE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $16,250.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $6,427.33 | Claims Discharged Without Payment: $315,435.91 |
| Total Expenses of Administration: $4,472.67 | |

3) Total gross receipts of $ 10,900.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,900.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,472.67 | 4,472.67 | 4,472.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 249,978.26 | 103,537.98 | 103,537.98 | 6,427.33 |
| **TOTAL DISBURSEMENTS** | $249,978.26 | $108,010.65 | $108,010.65 | $10,900.00 |

4)  This case was originally filed under Chapter 7 on November 30, 2013. The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2015              By: /s/MEGAN G. HEEG
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank account deposit with Community State Bank | 1129-000 | 1,261.20 |
| 50% interest in a 2008 Jeep Patriot Auto | 1129-000 | 6,500.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1110-000 | 1,000.00 |
| BANK ACCOUNTS | 1110-000 | 3.55 |
| BANK ACCOUNTS | 1110-000 | 507.98 |
| INTERESTS IN INSURANCE POLICIES | 1229-000 | 1,627.27 |
| **TOTAL GROSS RECEIPTS** | | **$10,900.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,840.00 | 1,840.00 | 1,840.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 106.49 | 106.49 | 106.49 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.18 | 16.18 | 16.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,472.67 | $4,472.67 | $4,472.67 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (General Electric Capital) | 7100-000 | 1,242.00 | 1,273.72 | 1,273.72 | 79.07 |
| 2 | Atlas Acquisitions LLC (CitiFinancial, Inc.) | 7100-000 | 6,401.00 | 6,442.53 | 6,442.53 | 399.93 |
| 3 | Atlas Acquisitions LLC (Washington Mutual Bank, ) | 7100-000 | 4,725.00 | 4,762.16 | 4,762.16 | 295.62 |
| 4 | Atlas Acquisitions LLC (Wells Fargo Bank, N.A.) | 7100-000 | N/A | 355.34 | 355.34 | 22.06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 32,715.52 | 32,715.52 | 2,030.88 |
| 6 | Nelnet | 7100-000 | N/A | 13,722.76 | 13,722.76 | 851.87 |
| 7 | Sauk Valley Bank & Trust | 7100-000 | 19,285.00 | 44,265.95 | 44,265.95 | 2,747.90 |
| NOTFILED | Midland Funding | 7100-000 | 624.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 990.00 | N/A | N/A | 0.00 |
| NOTFILED | Lhr Inc | 7100-000 | 1,477.00 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom | 7100-000 | 817.00 | N/A | N/A | 0.00 |
| NOTFILED | LA Lorenzo, MD | 7100-000 | 39.90 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Loans | 7100-000 | 9,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Mecklenburg Radiology Associates | 7100-000 | 38.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 283.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Loans | 7100-000 | 4,673.00 | N/A | N/A | 0.00 |
| NOTFILED | Turnroth Sign Company | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Van Ru Credit Corp. | 7100-000 | 8,258.36 | N/A | N/A | 0.00 |
| NOTFILED | Texas Guar Student Loa | 7100-000 | 29,535.00 | N/A | N/A | 0.00 |
| NOTFILED | Texas Guar Student Loa | 7100-000 | 81,627.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 7100-000 | 3,880.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 212.00 | N/A | N/A | 0.00 |
| NOTFILED | Protocol | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Financial Recovery Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advantage One | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 1,170.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance Llc | 7100-000 | 1,131.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance Llc | 7100-000 | 2,387.00 | N/A | N/A | 0.00 |
| NOTFILED | Cci | 7100-000 | 368.00 | N/A | N/A | 0.00 |
| NOTFILED | Bridgeview Community Mental Health Cente | 7100-000 | 1,114.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Recover Solutions, LLC | 7100-000 | 30,958.00 | N/A | N/A | 0.00 |
| NOTFILED | Baker And Miller | 7100-000 | 4,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance Llc | 7100-000 | 936.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Management Professional. LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Frontline Asset | 7100-000 | 32,480.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $249,978.26 | $103,537.98 | $103,537.98 | $6,427.33 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 13-84027 | Trustee:    (330490)    MEGAN G. HEEG |
| Case Name:   MILLER, JOHN ANDREW | Filed (f) or Converted to (c): 11/30/13 (f) |
| MILLER, SHEILA LOUISE | §341(a) Meeting Date: 01/10/14 |
| Period Ending: 04/15/15 | Claims Bar Date: 10/28/14 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1    Bank account deposit with Community State Bank     Acct #1736 (W) 11/30/13 balance was 1,261.20. | 300.00 | 1,261.20 | | 1,261.20 | FA |
| 2    Various household goods and furniture | 750.00 | 0.00 | | 0.00 | FA |
| 3    Necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 4    50% interest in a 2008 Jeep Patriot Auto     Shellia and her mother listed as owners on title. | 4,500.00 | 6,500.00 | | 6,500.00 | FA |
| 5    Misc. office equipment | 3,000.00 | Unknown | | 0.00 | FA |
| 6    Accounts receivables | 12,000.00 | Unknown | | 0.00 | FA |
| 7    AUTOMOBILES AND OTHER VEHICLES     2003 Chevy S10. | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 8    BANK ACCOUNTS  (u)     Community Bank Acct  # 1097 in name of Miller Health LLC & John Miller DC.  11/30/13 balance was 5,952.64 | 0.00 | 0.00 | | 0.00 | FA |
| 9    BANK ACCOUNTS     Community Bank Acct 1#0793 - Joint  H & W. 11/30/13 balance was $3.55  (See Footnote) | 3.55 | 3.55 | | 3.55 | FA |
| 10   BANK ACCOUNTS     The Nat'l  Bank acct 9729 in name of John Miller. 11/30/13 balance was 507.98 | 0.00 | 507.98 | | 507.98 | FA |
| 11   AUTOMOBILES AND OTHER VEHICLES     He may also have an interest in a 2003 Chevy Malibu LS 4 door Sedan. | 0.00 | 0.00 | | 0.00 | FA |
| 12   INTERESTS IN INSURANCE POLICIES  (u)     Ameriprise Financial Universal Life contract | 0.00 | 1,627.27 | | 1,627.27 | FA |
| 12   Assets   Totals (Excluding unknown values) | $21,053.55 | $10,900.00 | | $10,900.00 | $0.00 |

Major Activities Affecting Case Closing:

Exhibit 8

Page:  2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-84027 | **Trustee:**    (330490)    MEGAN G. HEEG |
| **Case Name:**    MILLER, JOHN ANDREW | **Filed (f) or Converted (c):** 11/30/13 (f) |
|                   MILLER, SHEILA LOUISE | **§341(a) Meeting Date:** 01/10/14 |
| **Period Ending:** 04/15/15 | **Claims Bar Date:** 10/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014          **Current Projected Date Of Final Report (TFR):**    November 5, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-84027  
**Case Name:** MILLER, JOHN ANDREW  
MILLER, SHEILA LOUISE  
**Taxpayer ID #:** **-***9344  
**Period Ending:** 04/15/15

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/14 | {4} | Sheila Miller | | 1129-000 | 5,450.00 | | 5,450.00 |
| 09/12/14 | | Ronald Williams | various assets | | 5,450.00 | | 10,900.00 |
| | {1} | | 1,261.20 | 1129-000 | | | 10,900.00 |
| | {9} | | 3.55 | 1110-000 | | | 10,900.00 |
| | {10} | | 507.98 | 1110-000 | | | 10,900.00 |
| | {7} | | 1,000.00 | 1110-000 | | | 10,900.00 |
| | {12} | | 1,627.27 | 1229-000 | | | 10,900.00 |
| | {4} | | 1,050.00 | 1129-000 | | | 10,900.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,890.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.18 | 10,873.82 |
| 02/09/15 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,840.00, Trustee Compensation; Reference: | 2100-000 | | 1,840.00 | 9,033.82 |
| 02/09/15 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,500.00 | 6,533.82 |
| 02/09/15 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $106.49, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 106.49 | 6,427.33 |
| 02/09/15 | 104 | Atlas Acquisitions LLC (General Electric Capital) | Dividend paid 6.20% on $1,273.72; Claim# 1; Filed:$1,273.72; Reference: 9465 | 7100-000 | | 79.07 | 6,348.26 |
| 02/09/15 | 105 | Atlas Acquisitions LLC (CitiFinancial, Inc.) | Dividend paid 6.20% on $6,442.53; Claim# 2; Filed:$6,442.53; Reference: 7802 | 7100-000 | | 399.93 | 5,948.33 |
| 02/09/15 | 106 | Atlas Acquisitions LLC (Washington Mutual Bank, ) | Dividend paid 6.20% on $4,762.16; Claim# 3; Filed:$4,762.16; Reference: 4376 | 7100-000 | | 295.62 | 5,652.71 |
| 02/09/15 | 107 | Atlas Acquisitions LLC (Wells Fargo Bank, N.A.) | Dividend paid 6.20% on $355.34; Claim# 4; Filed:$355.34; Reference: | 7100-000 | | 22.06 | 5,630.65 |
| 02/09/15 | 108 | Quantum3 Group LLC as agent for | Dividend paid 6.20% on $32,715.52; Claim# 5; Filed:$32,715.52; Reference: | 7100-000 | | 2,030.88 | 3,599.77 |
| 02/09/15 | 109 | Nelnet | Dividend paid 6.20% on $13,722.76; Claim# 6; Filed:$13,722.76; Reference: | 7100-000 | | 851.87 | 2,747.90 |
| 02/09/15 | 110 | Sauk Valley Bank & Trust | Dividend paid 6.20% on $44,265.95; Claim# 7; Filed:$44,265.95; Reference: 8370 | 7100-000 | | 2,747.90 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 10,900.00 | 10,900.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 10,900.00 | 10,900.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $10,900.00 | $10,900.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 13-84027 |
| Case Name: | MILLER, JOHN ANDREW |
| | MILLER, SHEILA LOUISE |
| Taxpayer ID #: | **-***9344 |
| Period Ending: | 04/15/15 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******2966 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking # ******2966 | | 10,900.00 | 10,900.00 | 0.00 |
| | | $10,900.00 | $10,900.00 | $0.00 |

{} Asset reference(s)

Printed: 04/15/2015 08:49 AM    V.13.21